## James C. RAWLINSON

### v.

## STATE et al.

### No. 85-2-M.P.

Supreme Court of Rhode Island.

Jan. 24, 1985.

Paul J. DiMaio, Providence, for petitioner.

**1098**

James C. Rawlinson, pro se.

Arlene S. Violet, Atty. Gen., Marc DeSisto, Asst. Atty. Gen., for respondents.

### ORDER

The petition for writ of mandamus is denied.

MURRAY, J., did not participate.